JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>    Plaintiff,<br><br>v.<br><br>CENTINGLEWOOD, LLC, a California Limited Liability Company; PRM INVESTMENTS, LLC, a Georgia Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case No.: 2:20-cv-05045-RSWL-GJSx<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

    The Joint Stipulation for Dismissal is hereby granted. This action is hereby dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 02, 2020        By:    /s/ RONALD S.W. LEW
                                                        Honorable Ronald S.W. Lew